UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONTEFIORE MEDICAL CENTER )
111 East 210th Street )
The Bronx, NY 10467-2490 )
)
       Plaintiff, )
vs. )  Civil Action No._____
)
MICHAEL O. LEAVITT, Secretary )
U.S. Department of Health and Human Services, )
)
       Defendant. )
_____)

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for plaintiff, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of the plaintiff which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

                               Attorney of Record

                               Dennis M. Barry
                               DC Bar No. 00375152
                               VINSON & ELKINS L.L.P.
                               1455 Pennsylvania Avenue, N.W.
                               Suite 600
                               Washington, D.C. 20004-1008
                               (202) 639-6500 (phone)
                               (202) 639-6604 (fax)

Date: December 10, 2007

DC 728767v1