Montefiore

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.33 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.13 |

Postmark Here — DEC 2007 — NATIONAL CAPITAL STATION, WASHINGTON, DC 20013

Sent To: U.S. Attorney General
Street, Apt. No.; or PO Box No.: U.S. Dept of Justice 950 Penn. Ave, NW
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, June 2002    See Reverse for Instructions

7005 1820 0001 7541 0502

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Earnest L Parker_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 7541 0502

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540