AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MONTEFIORE MEDICAL CENTER,
111 East 210th Street
The Bronx, NY 10467-2490

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL O. LEAVITT, Secretary,
U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

Case: 1:07-cv-02228
Assigned To : Urbina, Ricardo M.
Assign. Date : 12/11/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Civil Process Clerk,
U.S. Attorney for the District of Columbia
555 Fourth Street, N.W.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dennis M. Barry
Vinson & Elkins LLP
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004-1008

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     DEC 11 2007
CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 12/11/07 |
| NAME OF SERVER *(PRINT)* Robert E. Waters | TITLE | Associate, J & E |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: US Attorney's Office
555 4th St NW Washington DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: REGINALD D. ROWAN / LEGAL ASST.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/11/07
*Date*

*Signature of Server*

1455 Pennsylvania Ave NW Suite 600
Washington, DC 20004
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.