**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.33 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.13 |

Sent To: Michael Leavitt, Secretary
Street, Apt. No.; or PO Box No.: U.S. Dept of Health & Human Serv.
City, State, ZIP+4: 200 Independence Ave, S.W. - Wash DC - 20004

7005 1820 0001 7541 0519

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Lawrence
C. Date of Delivery: 12-17-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Service Type:
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 7541 0519

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540