UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL O. LEAVITT, Secretary<br>of Health and Human Services,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:07-CV-2228 (RMU)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO STAY PROCEEDINGS

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7(m), the parties have conferred and hereby move that the court stay proceedings in this case pending the resolution of the parties' cross-motions for summary judgment in the related case, Montefiore Medical Center v. Leavitt, Case No. 1:06-CV-1636 (RMU). Because the legal issues in the two cases are identical, the parties agree that the resolution of that case will control the outcome of this case. Therefore, the parties move that proceedings in this case be stayed pending entry of judgment in the prior case.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/ s /
　　　　　　　　　　　　　　　　　　　　　Dennis M. Barry
　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 375152
　　　　　　　　　　　　　　　　　　　　　Vinson & Elkins L.L.P.
　　　　　　　　　　　　　　　　　　　　　1455 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　Suite 600
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004-1008
　　　　　　　　　　　　　　　　　　　　　202.639.6791/202.879.8891 (fax)

　　　　　　　　　　　　　　　　　　　　　Counsel for the Plaintiff

　　　　　　　　　　　　　　　　　　　　　April 4, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary<br>of Health and Human Services,<br><br>                Defendant. | Case No. 1:07-CV-2228 (RMU) |

**ORDER ON JOINT MOTION TO STAY PROCEEDINGS**

Upon consideration of the parties' joint motion to stay proceedings, it is hereby:

ORDERED that the joint motion to stay proceedings be, and hereby is, GRANTED; and

FURTHER ORDERED that these proceedings be STAYED until resolution of the parties' cross-motions for summary judgment in the related case pending before this Court, Montefiore Medical Center v. Leavitt, 1:06-CV-1636 (RMU).

SO ORDERED, this the _____ day of _____, 2008.

_____
The Honorable Ricardo M. Urbina
United States District Judge